# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 12, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


   Re:  Anthony Gibson
        v. Jeffrey Kilpatrick
        No. 13-1093
        (Your No. 12-60905)


Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on
March 6, 2014 and placed on the docket March 12, 2014 as No. 13-1093.




                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Clayton Higgins
                    Case Analyst